FILED
2005 Oct-11  PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARSHALL BERNARD JONES,         )
                                )
          Plaintiff,            )
                                )
vs.                             )   Case No. 2:05-cv-00315-WMA-HGD
                                )
DAVID BARBER, et al.,           )
                                )
          Defendants.           )

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on June 21, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b)(1) and based on *res judicata*. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and based on *res judicata*. A Final Judgment will be entered.

DATED this 11th day of October, 2005.

                                                        _____
                                                        WILLIAM M. ACKER, JR.
                                                        UNITED STATES DISTRICT JUDGE